Consolidated Dairy Products Company, Inc., Respondent, v. The Mirror, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application of The City of New York Relative to Acquiring Title, etc., for the Widening of Allen Street from Schiff Parkway (Delancey Street) to Division Street, and Pike Street from Division Street to East Broadway, Borough of Manhattan, City of New York.— Final decree so far as appealed from affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

Frank McNulty, Respondent, v. Samuel Ungerleider and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

County Trust Company of New York, Appellant, v. Patrick F. Kenny, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

County Trust Company of New York, Appellant, v. Timothy J. Mara, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

Thomas F. Cannon, Respondent, v. L. N. Renault & Sons, Inc., a Foreign Corporation, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

Susan Lewis, Appellant, v. The Bank of United States, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

Paul Lewis, an Infant, by Florence Lewis, His Guardian ad Litem, and Another, Respondents, v. Joseph Somach, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

Moses A. Goldstein, Respondent, v. Lester A. Kent and Elsie M. Kent, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

Samuel Berkowitz, Appellant, v. New York Life Insurance Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application of Joseph Schwartz, Petitioner, for an Order of Certiorari to Review Certain Acts of Hon. Joseph V. McKee, President of the Board of Aldermen, Respondent.— Order of certiorari dismissed and determination of respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

Margot G. Bazin, Respondent, v. James Dirago and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.